

MEMO ENDORSED

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900 Fax (212) 692-0940
www.foxrothschild.com

ALEXANDER W. BOGDAN
Direct No: 212.878.7941
Email: ABogdan@FoxRothschild.com

SO ORDERED:

Application **GRANTED.**
The 10/13/20 conference has been rescheduled to 11/17/20 at 12pm.

**Ona T. Wang** 9/24/20
United States Magistrate Judge

September 21, 2020

**ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Re: Dawkins v. Shake Shack Inc., Case No. 1:20-cv-04047-LTS-OTW**
**Joint Request for Adjournment of Initial Pretrial Conference**

Dear Judge Wang:

We represent Shake Shack Inc. ("Shake Shack"), the defendant in the above-referenced action. We write jointly with Plaintiff to request an adjournment of the Initial Pretrial Conference currently scheduled before Your Honor on October 13, 2020 (as set by the Court's Initial Case Management Conference Order entered August 19, 2020) until November 17, 2020, November 23, 2020, or a date thereafter of the Court's convenience.

The parties are currently scheduled to participate in mediation with the Southern District of New York's Mediation Program on October 26, 2020. The parties request that the Initial Pretrial Conference be adjourned until after that mediation has occurred so as to not unnecessarily burden the resources of the Court and the parties. Should the mediation be unsuccessful, the requested adjournment of would allow the parties sufficient time to meet their obligations under the Court's Initial Case Management Conference Order following the mediation.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota Nevada
New Jersey New York North Carolina Pennsylvania South Carolina Texas Virginia Washington

Active\114455764.v1-9/21/20

Fox Rothschild LLP
ATTORNEYS AT LAW

Judge Ona T. Wang
September 21, 2020
Page 2

This is the parties' first request for an adjournment of the Initial Pretrial Conference. Plaintiff joins in this request with Shake Shack.

Respectfully submitted,

/s/ *Alexander W. Bogdan*

Alexander W. Bogdan

cc: All Counsel of Record (via ECF)

Active\114455764.v1-9/21/20