**MEMO ENDORSED**

FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: 212-384-0262
Writer's e-mail: liane@fishertaubenfeld.com

November 2, 2020

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **Dawkins v. Shake Shack Inc., Case No. 1:20-cv-04047-LTS-OTW**
    **Joint Request for Adjournment of Initial Pretrial Conference**

Dear Judge Wang:

  This firm represents Plaintiff Shaquille Dawkins in the above-referenced matter. We write jointly with Defendant to request an adjournment of the Initial Pretrial Conference from November 17, 2020 to the weeks of December 14th or 21st (excluding Christmas Eve and Christmas Day) or a date thereafter convenient to the Court. Defense counsel is not available between December 28th and January 1, 2021. The reason for this request is that undersigned counsel was relocating homes on the original mediation date of October 26th and the parties rescheduled mediation for the mutually available date of November 17th. This is the second request for an adjournment. We thank the Court for its consideration of this request.

              Respectfully submitted,

              /s/

              Liane Fisher

cc: All Counsel of Record (via ECF)

---

**SO ORDERED:**
Application GRANTED in part. The Initial Pretrial Conference will be rescheduled to 12/9/20 at 12:30 p.m.

_____
**Ona T. Wang**    11/4/20
United States Magistrate Judge