Fox Rothschild LLP
ATTORNEYS AT LAW

MEMO ENDORSED

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ALEXANDER W. BOGDAN
Direct No: 212.878.7941
Email: ABogdan@FoxRothschild.com

November 18, 2020

**ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

Application GRANTED.  Conference is rescheduled to January 19, 2021 at 11:00 a.m.

_____
**Ona T. Wang**                                11/20/20
Unites States Magistrate Judge

Re:   **Dawkins v. Shake Shack Inc., Case No. 1:20-cv-04047-LTS-OTW**
      **Joint Request for Adjournment of Initial Pretrial Conference**

Dear Judge Wang:

We represent Shake Shack Inc. ("Shake Shack"), the defendant in the above-referenced action.  We write jointly with Plaintiff Shaquille Dawkins to request an adjournment of the Initial Pretrial Conference currently scheduled before Your Honor on December 9, 2020 (as set by the Court's Order entered November 4, 2020) until the weeks of January 4 or January 11, 2021, or a date thereafter convenient to the Court.

The parties participated in a mediation session through the Southern District of New York's mediation program with mediator Judith McDonald, Esq. on November 17, 2020.  The parties and Ms. McDonald agreed to continue mediation at a later date to provide the parties additional time to consider information shared at the mediation, and to accommodate the mediator's availability on November 17.  The date for the continued mediation has been scheduled for December 15, 2020.  The parties request that the Initial Conference be adjourned until after the continued mediation session has occurred so as to not unnecessarily burden the resources of the Court and the parties.  Should the mediation be unsuccessful, the requested

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington

Active\116375011.v1-11/18/20



Judge Ona T. Wang
November 18, 2020
Page 2

adjournment of would allow the parties sufficient time to meet their obligations under the Court's Initial Case Management Conference Order following the mediation.

        The Court has previously granted two requests to adjourn the Initial Pretrial Conference pending the completion of mediation.  Plaintiff joins in this request with Shake Shack.

                            Respectfully submitted,

                            */s/ Alexander W. Bogdan*

                            Alexander W. Bogdan

cc:     All Counsel of Record (via ECF)