<div style="text-align:center; border: 2px solid red; color: red; font-weight: bold;">MEMO ENDORSED</div>



101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ALEXANDER W. BOGDAN
Direct No: 212.878.7941
Email: ABogdan@FoxRothschild.com

---

**SO ORDERED:**

Application GRANTED. Initial Case Management confrence is rescheduled to March 16, 2021 at 2:30 p. m.

_____
**Ona T. Wang**           1/19/21
United States Magistrate Judge

---

January 15, 2021

**ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Dawkins v. Shake Shack Inc., Case No. 1:20-cv-04047-LTS-OTW</u>
      <u>Joint Request for Adjournment of Initial Pretrial Conference</u>

Dear Judge Wang:

    We represent Shake Shack Inc. ("Shake Shack"), the defendant in the above-referenced action. We write jointly with Plaintiff Shaquille Dawkins to request an adjournment of the Initial Pretrial Conference currently scheduled before Your Honor on January 19, 2021. The parties participated in a successful mediation through the Southern District of New York's mediation program on January 7, 2021, and have reached an agreement in principle to resolve the litigation. We anticipate the parties will enter into a formal agreement and file a stipulation of discontinuance within the next forty-five (45) days. We request that the Court adjourn the scheduled Initial Pretrial Conference for at least forty-five (45) days to allow the parties sufficient time to negotiate and execute their agreement and to file the anticipated stipulation of discontinuance.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

Active\118582508.v1-1/15/21



Judge Ona T. Wang
January 15, 2021
Page 2

      The Court has previously granted three requests to adjourn the Initial Pretrial Conference pending the completion of mediation.  Plaintiff joins in this request with Shake Shack.

                                          Respectfully submitted,

                                          */s/ Alexander W. Bogdan*

                                          Alexander W. Bogdan

cc:    All Counsel of Record (via ECF)